UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  Attorney: ROBERT L. KRASELNIK, ESQ.

---

BLAS FERNANDEZ

                                      Plaintiff(s)      Index # 07 CV 11575 (SULLIVAN)

- against -

ONCE UPON A TART, INC.                                   Purchased December 26, 2007

                                      Defendant(s)      **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 28, 2007 at 11:45 AM at

135 SULLIVAN STREET
NEW YORK, NY 10012

deponent served the within SUMMONS AND COMPLAINT on ONCE UPON A TART, INC. therein named,

**CORPORATION**  a DOMESTIC corporation by delivering thereat a true copy of each to HELEN SMITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 25 | 5'4 | 120 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 28, 2007

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | BARRY F. GERMAN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 982866 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 454079 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728