*Sullivan, J*

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Eric P. Simon (ES 7002)
*Attorneys for Defendant*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAS FERNANDEZ,

                          Plaintiff,

-against-

ONCE UPON A TART, INC.,

                          Defendant.

07 CV 11575 (RJS)

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time by which Defendant Once Upon A Tart, Inc. may answer or otherwise respond to Plaintiff's Complaint in this action is extended through and including February 18, 2008.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF<br>ROBERT L. KRASELNIK, PLLC<br>40 Wall Street, 28th Floor<br>New York, New York 10005<br>(212) 400-7160<br>Attorneys for Plaintiff | JACKSON LEWIS LLP<br><br>59 Maiden Lane<br>New York, New York 10038-4502<br>(212) 545-4000<br>Attorneys for Defendant |
| By: _____<br>Robert L. Kraselnik (RK 0684) | By: _____<br>Eric P. Simon (ES 7002) |
| Dated: January 17, 2008<br>New York, New York | Dated: January 17, 2008<br>New York, New York |

*[signature] 1/25/08*