JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Eric P. Simon (ES 7002)
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SULLIVAN, J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  2/21/08

BLAS FERNANDEZ,

        Plaintiff,

-against-

ONCE UPON A TART, INC.,

        Defendant.

07 CV 11575 (RJS)

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time by which Defendant Once Upon A Tart, Inc. may answer or otherwise respond to Plaintiff's Complaint in this action is extended through and including March 4, 2008.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF<br>ROBERT L. KRASELNIK, PLLC<br>40 Wall Street, 28th Floor<br>New York, New York 10005<br>(212) 400-7160<br>Attorneys for Plaintiff | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038-4502<br>(212) 545-4000<br>Attorneys for Defendant |
| By: _/s/_<br>Robert L. Kraselnik (RK 0684) | By: _/s/_<br>Eric P. Simon (ES 7002) |
| Dated: February 19, 2008<br>New York, New York | Dated: February 19, 2008<br>New York, New York |

SO ORDERED:

_/s/_
U.S.D.J.  2/20/08