

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

BLAS FERNANDEZ,

                                   Plaintiff,

        -v-                                        No. 07 Civ. 11575 (RJS)
                                                           ORDER

ONCE UPON A TART, INC.,

                                   Defendant.

RICHARD J. SULLIVAN, District Judge:

WHEREAS the Court is in receipt of the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice;

IT IS HEREBY ORDERED that the parties appear for a conference before the Court on _MARCH 21_ at _9 45AM_ to review the settlement agreement, as well as to discuss the authority, if any, the Court has to approve the settlement pursuant to the Fair Labor Standards Act and applicable case law. The conference shall take place in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:        March 6, 2008
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE