# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

BLAS FERNANDEZ,                                      Case Number: 07-cv-11575-RJS

           Plaintiff,

-against-

ONCE UPON A TART, INC.,

           Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Once Upon A Tart, Inc.

    I certify that I am admitted to practice in this court.

<u>March 25, 2008</u>                                  _____
Date                                               Signature

                               <u>Eric P. Simon, Esq.</u>
                               Print Name

                               <u>JACKSON LEWIS LLP, 59 Maiden Lane</u>
                               Address

                               <u>New York,</u>   <u>NY</u>        <u>10038</u>
                               City          State        Zip Code

                               <u>212-545-4000</u>        <u>212-972-3213</u>
                               Phone Number     Fax Number