UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

BLAS FERNANDEZ,

            Plaintiff,

-v-

ONCE UPON A TART, INC.,

           Defendant.

No. 07 Civ. 11575 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As discussed at the conference on March 25, 2008, the Court shall hold a hearing on Friday, March 28, 2008 at 10:00 a.m. to assess the fairness of the settlement agreement. The conference shall take place in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:      March 26, 2008
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE