```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAS FERNANDEZ,

      Plaintiff,

v.

ONCE UPON A TART, INC.,

      Defendant.

Case No.: 07 CV 11575 (RJS)

### FINAL ORDER AND DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice. The Court has reviewed the aforementioned Joint Motion and the Court file herein.

ORDERED AND ADJUDGED that the Joint Motion is **GRANTED**. The Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. Accordingly, the terms of the Settlement Agreement are approved, adopted and ratified.

This case is **DISMISSED** with prejudice. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in New York, New York this 28th day of March, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

cc: See attached service list